No. 01–8294. WORSHAM v. MINYARD FOOD STORES, INC., 535 U. S. 998;

No. 01–9233. BAILEY v. HEMPEN ET AL., 535 U. S. 1102;

No. 01–9364. STEEL v. COURT OF CRIMINAL APPEALS OF TEXAS, 535 U. S. 1115;

No. 01–9649. COLON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 536 U. S. 927; and

No. 01–9975. JACKSON-BEY v. UNITED STATES, 535 U. S. 1120. Petitions for rehearing denied.

OCTOBER 21, 2002

No. 01–10374. RUCKER v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Swierkiewicz* v. *Sorema N. A,* 534 U. S 506 (2002).

No. D–2187. IN RE DISBARMENT OF RISKER. Disbarment entered. [For earlier order herein, see 530 U. S. 1294.]

No. 02M23. MILLER v. WOLVERINE TUBE INC.;

No. 02M24. TAYLOR v. DICKEL ET AL.;

No. 02M25. GRUBER v. UNITED STATES;

No. 02M26. HILL v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA; and

No. 02M27. SELLAN v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01–1120. MEYER v. HOLLEY ET AL. C. A. 9th Cir. [Certiorari granted, 535 U. S. 1077.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1231. CONNECTICUT DEPARTMENT OF PUBLIC SAFETY ET AL. v. DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 2d Cir. [Certiorari granted, 535